### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON T. O'NEIL | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE DEPARTMENT OF | : | C.A. No. 20-319 LFR |
| CORRECTION, et al. | : | **ORDER RE SEALED TRANSCRIPT** |
| | : | |
| Defendants. | | |

### ORDER

**IT IS SO ORDERED** this 7th day of June 2023, that the transcript of settlement in the above matter, which was put on the record on March 16, 2023, be SEALED AND IMPOUNDED until further notice of the Court.

However, the court reporters are directed to provide counsel for the parties in this matter with a transcript of the settlement proceedings upon their request and without further order.

BY THE COURT:

/s/ *L. Felipe Restrepo*
The Honorable L. Felipe Restrepo