IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON T. O'NEIL,<br><br>    *Plaintiff,*<br><br>v.<br><br>DELAWARE DEPARTMENT of CORRECTION, et al.,<br><br>    *Defendants* | Case Number 20-cv-319-LFR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the above-referenced matter, being settled, is hereby dismissed with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: December 22, 2023

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Andrew R. Fletcher

Andrew R. Fletcher (#6612)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
andrew.fletcher@delaware.gov

*Counsel for Defendants*

Respectfully submitted,

PANITCH SCHWARZE BELISARIO
& NADEL, LLP

/s/ John D. Simmons

John D. Simmons (#5996)
Dennis J. Butler (#5981)
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-6001
jsimmons@panitchlaw.com
dbutler@panitchlaw.com

*Counsel for Plaintiff*

IT IS SO ORDERED this 28th day of December 2023.

L. Felipe Restrepo
United States Circuit Judge